IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LADONNA NEWTON,<br><br>    Plaintiff,<br><br>v.<br><br>A-1 PREMIUM ACCEPTANCE, INC.<br>d/b/a KING OF KASH,<br><br>    Defendant. | Case No. 2:16-cv-04077 |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT A-1 PREMIUM ACCEPTANCE, INC.**

Defendant A-1 Premium Acceptance, Inc., hereby provides the following disclosure statement pursuant to Fed. R. Civ. P. 7.1. Defendant A-1 Premium Acceptance, Inc., is a subsidiary of Waldo General, Inc. There is no publically held corporation which owns 10% or more of the stock of Defendant.

Respectfully submitted,

**Case Linden P.C.**

s/ Patric S. Linden
Kevin D. Case, MO 41491; KS 14570
Patric S. Linden, MO 49551; KS 18305
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Tel: (816) 979-1500
Fax: (816) 979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com
Attorneys for Defendant

## Certificate of Service

  I hereby certify that on March 4, 2016, a true and correct copy of the above and foregoing was filed in the Court's electronic filing system and that copies of same were served on said date by email and by depositing one copy in the U.S. mail, first class postage prepaid, addressed to:

Charles Jason Brown
Jayson A. Watkins
Brown & Associates LLC
301 S. US 169 Hwy
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com
Attorneys for Plaintiff

Mark D. Murphy, MO #33698
14221 Metcalf Ave., Suite 130
Overland Park, KS 66223-3301
mmurphy@mlf-llc.com
Attorney for Defendant A-1 Premium Acceptance, Inc.

              s/ Patric S. Linden
               Patric S. Linden